East Butte Copper Mining Company, appellant, v. G. L. Cole, appellee. Gen. No. 8,063.

Opinion filed September 24, 1929.
Early & Early, for appellant. Welsh & Welsh, for appellee.
Mr. Presiding Justice Boggs delivered the opinion of the court.

Nettie T. Slemmons, appellant, v. Dime Savings & Trust Company et al., appellees. Gen. No. 8,073.

Opinion filed September 24, 1929. Rehearing denied December 10, 1929.
Shelton F. McGrath and C. R. Birkett, for appellant. Frank J. Quinn, Max Murdock and Jay T. Hunter, for appellees.
Mr. Presiding Justice Boggs delivered the opinion of the court.

Joseph A. Jadrich, appellee, v. Maude R. Reinhardt, appellant. Gen. No. 7,989.

Opinion filed September 24, 1929.
Paul J. Donovan, for appellant. George W. Field, for appellee.
Mr. Justice Jett delivered the opinion of the court.

Paver Canneries, Inc., appellant, v. David L. Martin, appellee. Gen. No. 8,023.

Opinion filed September 24, 1929.
Van Sant & Besse and Haffenberg, Kopald & Burns, for appellant. Carl E. Sheldon, for appellee.
Mr. Justice Jett delivered the opinion of the court.